184 So.2d 735

**VICTORY OIL COMPANY, Inc.**

**v.**

**Louis PERRET and Marion Perret d/b/a L & M Transportation Company.**

**No. 48150.**

April 15, 1966.

In re: Victory Oil Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Charles. 183 So.2d 360.

Writ refused. Judgment not final.

McCALEB, J., concurs, being of the view that the claim in reconvention, even if prescribed, may be asserted as an offset to plaintiff's demand, for a party may always employ a connected claim as a defense although he might otherwise be barred from recovery had he instituted the action. See Art. 424, C.C.P.